John Olender, Appellee-Cross-Appellant, v. James Gottlieb, Trading as Western Transportation Company, Defendant-Appellant, and Chicago Transit Authority, Defendant-Appellee.

Gen. Nos. 45,354, 45,355. 

 Robert D. Thompson, Richard Keogh, and B. F. Martin, for defendant-appellant; Lee Iversen, Thomas C. Angerstein, and George W. Angerstein, of counsel; I. R. Norman, and L. L. Silverman, for plaintiff-appellant and plaintiff-appellee. Charles D. Snewind, of counsel; Werner W. Schroeder, James O. Dwight, Harry I. Parsons, and Arthur Donovan, for defendant-appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full. Opinion filed November 5, 1951; released for publication November 20, 1951.